IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DAVID CARTER**                                                                                                                 **PLAINTIFF**

V.                                                                                                                                **NO. 3:21-cv-229-NBB-JMV**

**KENT HANEY and**
**MARY CARTER GILES**                                                                    **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the record of this case, the Court finds that the Report and Recommendations ("R&R") of the United States Magistrate Judge dated January 5, 2022, was on that date duly filed; the parties were duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated January 5, 2022, is, hereby, approved and adopted as the opinion of the Court.

2. That the Clerk is directed to CLOSE this case.

This, the 11th day of February, 2022.

                                                               /s/ Neal Biggers
                                                                NEAL B. BIGGERS, JR.
                                                                UNITED STATES DISTRICT JUDGE